# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| AVIENT CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>WESTLAKE VINYLS, INC.,<br><br>                Defendant. | Case No. 5:22-cv-51-TBR<br><br>Electronically Filed |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Plaintiff Avient Corporation and Defendant Westlake Vinyls, Inc., by counsel and pursuant to Local Rule 7.1(b), respectfully move this Court for entry of an Agreed Scheduling Order for the parties' forthcoming cross-motions for summary judgment in this action. In addition, pursuant to Local Rule 7.1(d), the parties jointly move the Court for an agreed upon adjustment to the page limitations for their briefs.  The parties have conferred and believe the case involves legal issues that may be decided by dispositive motion. Accordingly, the parties have submitted a Proposed Agreed Scheduling Order concurrently herewith for the Court's consideration.

Respectfully submitted,

Dated: September 2, 2022

| | | |
|---|---|---|
| By: | /s/Adam T. Goebel | By: /s/Mark S. Riddle |
| | Adam T. Goebel | Mark S. Riddle |
| | Angela S. Fetcher | DENTONS BINGHAM GREENEBAUM LLP |
| | Adam C. Reeves | |
| | Stoll Keenon Ogden PLLC | 3500 PNC Tower |
| | 2000 PNC Plaza | 101 South Fifth Street |
| | 500 West Jefferson | Louisville, KY 40202 |
| | Louisville, KY 40202 | Telephone:   (502) 587-3623 |
| | (502) 333-6000 | Facsimile:   (502) 540-2194 |
| | adam.goebel@skofirm.com | mark.riddle@dentons.com |
| | angela.fetcher@skofirm.com | |
| | adam.reeves@skofirm.com | |
| By: | /s/ David A. Super | Davina Pujari (admitted *pro hac vice*) |
| | David A. Super (admitted *pro hac vice*) | Christopher A. Rheinheimer |
| | Britt Cass Steckman (admitted *pro hac vice*) |    (admitted *pro hac vice*) |
| | Margaret B. Beasley (admitted *pro hac vice*) | WILMER CUTLER PICKERING |
| | Bracewell LLP |    HALE & DORR LLP |
| | 2001 M Street, N.W. | One Front Street, Suite 3500 |
| | Washington, D.C. 20036 | San Francisco, California 94111 |
| | (202) 828-5800 | Telephone:   (628) 235-1000 |
| | david.super@bracewell.com | Facsimile:   (628) 235-1001 |
| | britt.steckman@bracewell.com | |
| | margaret.beasley@bracewell.com | Charles C. Kelsh (admitted *pro hac vice*) |
| | | WILMER CUTLER PICKERING |
| | COUNSEL FOR DEFENDANT |    HALE & DORR LLP |
| | WESTLAKE VINYLS, INC. | 60 State Street |
| | | Boston, Massachusetts 02210 |
| | | Telephone:   (617) 526-6000 |
| | | Facsimile:   (617) 526-5000 |
| | | |
| | | COUNSEL FOR PLAINTIFF AVIENT CORPORATION |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all ECF users.

      /s/ Mark S. Riddle
      *Counsel for Avient Corporation*