### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

AVIENT CORPORATION,

                         Plaintiff,

v.

WESTLAKE VINYLS, INC.,

                         Defendant.

Case No. 5:22-cv-51-TBR

Electronically Filed

### AGREED SCHEDULING ORDER

This matter comes before the Court on the Joint Motion for Entry of Agreed Scheduling Order. Having fully reviewed the Parties' submission, the Court **GRANTS** the Parties' motion and orders as follows:

1. The parties shall file their opening briefs in support of summary judgment, each to be limited to 30 pages, by **October 7, 2022**;

2. The parties will file their briefs in opposition to the other party's motion for summary judgment, each to be limited to 30 pages, by **November 10, 2022**; and

3. The parties will file their reply briefs, each to be limited to 20 pages, by **December 8, 2022**.

**IT IS SO ORDERED.**

**Thomas B. Russell, Senior Judge**
**United States District Court**

September 9, 2022