# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| AVIENT CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>WESTLAKE VINYLS, INC.,<br><br>       Defendant. | Case No. 5:22-cv-51-TBR<br><br>Electronically Filed |

## AVIENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

  Plaintiff Avient Corporation, by counsel and pursuant to Federal Rule of Civil Procedure 56, hereby respectfully moves this Court to:

  (1) enter judgment in Avient's favor;

  (2) declare that:

    a. the de novo judicial-determination provision (Section 6) of the parties' 2007 Settlement Agreement is invalid;

    b. that provision is material to and hence not severable from the parties' agreement to arbitrate;

    c. the agreement to arbitrate in the Settlement Agreement (Sections 4, 5, and 6 and Exhibit C) is therefore entirely invalid; and

    d. that invalid agreement to arbitrate is severable from the other provisions of the Settlement Agreement; and

  (3) permanently enjoin defendant Westlake Vinyls Inc. and its agents, attorneys, and other representatives from, directly or indirectly, prosecuting arbitral proceedings under the 2007 Settlement Agreement between the parties, or otherwise taking any actions in furtherance of any such arbitral proceedings.

  A memorandum in support of this motion and a proposed order have been tendered herewith.

Respectfully submitted,

Dated: October 7, 2022

By: /s/Mark S. Riddle
Mark S. Riddle
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone:   (502) 587-3623
Facsimile:   (502) 540-2194

Davina Pujari (admitted *pro hac vice*)
Christopher A. Rheinheimer
   (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE & DORR LLP
One Front Street, Suite 3500
San Francisco, California 94111
Telephone:   (628) 235-1000
Facsimile:   (628) 235-1001

Charles C. Kelsh (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE & DORR LLP
60 State Street
Boston, Massachusetts 02210
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all ECF users.

    /s/ Mark S. Riddle
*Counsel for Avient Corporation*