UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| AVIENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:22-CV-051-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| WESTLAKE VINYLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Court's Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant Westlake Vinyls, Inc.'s Motion for Summary Judgment, [**R. 74**], is **GRANTED**.

2. Plaintiff Avient Corporation's Motion for Summary Judgment, [**R. 77**], is **DENIED**.

3. This is a **FINAL** Judgment and there is no just cause for delay.

4. This matter is **STRICKEN** from the Court's active docket.

This the 30th day of September, 2024.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY